JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MISAEL SELVIN CONTRERAS,

Petitioner,

v.

ACTING WARDEN et al.,

Respondents.

Case No. 5:26-cv-04566-SB-PVC

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, Petitioner Misael Selvin Contreras's petition for a writ of habeas corpus is denied, and his request for a bond hearing under 8 U.S.C. § 1226(a) is dismissed as moot.

This is a final judgment.

Date: September 28, 2026

Stanley Blumenfeld, Jr.
United States District Judge